# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Karima Bryant, et al.
                  Plaintiff,

v.
                                                      Case No.: 1:23−cv−01294
                                                      Honorable Manish S. Shah

Walgreen Co.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 29, 2023:

       MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of dismissal [37], this case is dismissed with prejudice. Each party shall bear it's own attorney's fees and costs. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.